JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> SUNVALLEYTEK INTERNATIONAL, INC. d/b/a VAVA, <br><br> Defendant. | Civil Action No. 8:21-cv-00721 <br><br> **ORDER OF DISMISSAL [FRCP 41(A)]  [23]** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

Dated: March 04, 2022            _____
                                 UNITED STATES DISTRICT JUDGE